**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

August 16, 2006

# NOTICE OF REASSIGNMENT

RE:   Betty J. Adams et al v. Pactiv Corporation et al
      Civil Action No. 2:06cv00660-WKW

The above-styled case has been reassigned to District Judge Lyle E. Strom. Please note that the case number is now 2:06cv00660-LES. This new case number should be used on all future correspondence and pleadings in this action.

Sincerely,

Sheryl K. Lent
Deputy Clerk