| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☑ Agent ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>R. SHABAZ  2006 |
| 1. Article Addressed to:<br><br>John C. Berghoff, Jr.<br>Mayer, Brown, Rowe & Maw, LLP<br>71 South Wacker Drive<br>Chicago, Illinois  60606 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:06cv660<br>S, C J and cmp.<br><br>3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number<br>   *(Transfer from service label)* | 7005 0390 0006 2337 7842 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540