IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY J. ADAMS, *et al.*,  ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.        ) | CIVIL ACTION NO.  2:06cv660LES |
| ) | |
| PACTIV CORPORATION, *et al*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Now pending before the court are the defendants' motions for an enlargement of time to respond to the complaint (docs. # 6 & 7).  The plaintiffs do not object to the motions.  Accordingly, upon consideration of the motion and for good cause, it is

ORDERED that the motions for an enlargement of time to respond to the complaint (docs. # 6 & 7) be and are hereby GRANTED and the defendants' time for responding to the complaint be and is hereby EXTENDED to September 25, 2006.

Done this 18th day of August, 2006.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE